

# Lowenstein
# Sandler
ATTORNEYS AT LAW

**Robert D. Towey**
Member of the Firm
Tel  973 597 6136
Fax  973 597 6137
rtowey@lowenstein.com

June 18, 2010

RECEIVED
JUN 22 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**VIA FACSIMILE**

Honorable Garrett E. Brown, Jr., U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 East State Street, Room 4050
Trenton, New Jersey 08608

Re:   Thomas v. Wilbert, Civil Action No.: 09-cv-4796 (GEB)(DEA)

Dear Chief Judge Brown:

This firm is counsel to Defendant Global Tel*Link Corp. ("GTL") in the above-referenced matter. GTL filed a motion to dismiss which is currently returnable before Your Honor on July 6, 2010. Plaintiff *pro se* responded to the motion and filed a cross-motion for summary judgment which has been scheduled for the same day. I am writing to request, pursuant to Local Civil Rule 7.1(h), that Your Honor adjourn Plaintiff's cross-motion to August 2, 2010, as I will be on vacation for 2 weeks, returning on July 6, 2010, and will not have an opportunity to prepare responsive papers during that time.

If Your Honor prefers to decide the motions on the same day, I request that they both be made returnable on August 2, 2010. Please do not hesitate to contact me if you have any questions.

Respectfully,

Robert D. Towey

RDT:kgb

22868/9
06/18/10 14580366.1

REQUEST GRANTED.
Both motions set for 8/2.
SO ORDERED.

GARRETT E. BROWN, JR., U.S.D.J.

cc:   Lee Dawn Troutwein Thomas, Plaintiff *Pro Se* (via regular mail)
      Michele Jeannette Clark, Esq. (via regular mail)
      Paola F. Kaczynski, Esq. (via regular mail)

Lowenstein Sandler PC    In California, Lowenstein Sandler LLP                         www.lowenstein.com

65 Livingston Avenue  Roseland, NJ 07068  Tel 973 597 2500  Fax 973 597 2400           New York  Palo Alto  Roseland