RECEIVED

JUL - 6 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Paola Tripodi Kaczynski, Esquire
WILLIAM J. FERREN & ASSOCIATES
1500 Market Street – Suite 2920
Philadelphia, PA  19102
267-675-3009
Attorney for Defendants:  Detective Edwin T. Hennelly and Long Branch Police Department

LEE DAWN TROUTWEIN THOMAS,              :No:  09-4796
                                        :
          Plaintiff,                    :
                                        :
     v.                                 :
                                        :
JEFFREY WILBERT, ET. AL.                :PROPOSED ORDER
                                        :
                                        :
          Defendants.                   :
                                        :
     AND NOW, this 6th day of July , 2010, upon consideration of Defendants,

Edwin T. Hennelly and Long Branch Police Department's Motion to Extend the Time to

Answer, Move or Otherwise Reply to Plaintiff's Complaint by thirty (30) days is granted.


          BY THE COURT:

          _____
          Hon. Douglas E. Arpert, U.S.M.J.